THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGEL PANTALEON, Appellant. [825 NYS2d 374]—Appeal by the defendant from a judgment of the County Court, Westchester County (Adler, J.), rendered February 16, 2006, convicting him of attempted criminal possession of a forged instrument in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738 [1967]; *People v Paige,* 54 AD2d 631 [1976]; *cf. People v Gonzalez,* 47 NY2d 606 [1979]). Crane, J.P., Santucci, Mastro and Lifson, JJ., concur.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LESLY B. PARFAIT, Appellant. [825 NYS2d 373]—Appeal by the defendant from a judgment of the County Court, Dutchess County (Dolan, J.), rendered August 18, 2005, convicting him of robbery in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738 [1967]; *People v Paige,* 54 AD2d 631 [1976]; *cf. People v Gonzalez,* 47 NY2d 606 [1979]). Schmidt, J.P., Rivera, Skelos and Lunn, JJ., concur.